UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN ZIMMER, on behalf of himself and all others similarly situated,**<br>            Plaintiff | **CIVIL ACTION**<br><br>**NO. 2:21-cv-01659** |
| **VERSUS** | **SECTION: "E" (2)** |
| **GENERAC POWER SYSTEMS, INC.,**<br>            Defendant | **JUDGE MORGAN**<br>**MAGISTRATE JUDGE CURRAULT** |

**O R D E R**

Considering the foregoing Joint Motion to Dismiss filed by Plaintiff Brian Zimmer and Defendant Generac Power Systems, Inc.;

**IT IS ORDERED** that said motion is **GRANTED**. The above captioned matter is hereby **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs, expenses, and attorney's fees.

New Orleans, Louisiana, this 22nd day of February, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**